IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RAMON L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV03-222-C-EJL |
| | ) | |
| vs. | ) | **ORDER TO TRANSPORT** |
| | ) | |
| THOMAS BEAUCLAIR, PHIL FOSTER, DEAN ALLEN, ERIC MACEACHERN, CARL DAVIS, DWAYNE SHEDD, DAVID SARGENT, JOHN HARDISON, DONNA RILEY, JEFF HENRY, ROD SCHLIENZ, MICHAEL JOHNSON, JAY CHRISTENSEN, and Does 1-5, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NOW THEREFORE IT IS HEREBY ORDERED:

A Trial in the case shall be held on **August 15, 2006 at 9:30 a.m. at the U.S. Courthouse in Boise, Idaho.** It shall be necessary for Plaintiff to be transported from IMSI to arrive at the Courthouse **<u>no later than 8:30 a.m.</u>**. Plaintiff shall remain at the Courthouse until such time as his business before the Court has concluded on that day. It may also be necessary for Plaintiff to be transported to the Courthouse on **August 16 and 17, 2006** to arrive no later than 8:30 a.m. The correctional officers accompanying Plaintiff will be informed at the end of the day on August 15, 2006 as to whether the transport order will

remain in effect for the following day(s).

**Defendants shall arrange for Plaintiff to bring a lunch with him from IMSI for each day he attends the Trial.**

The following copies of this Order shall also be served:

1. Via facsimile to 424-3727, attn ISCI Shift Commander

2. Via facsimile to 327-7485 attn Kevin Burnett, IDOC

3. Via hand delivery to the U.S. Marshal

**IT IS SO ORDERED**.

DATED: **August 14, 2006**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 2**