IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RAMON L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV03-222-C-EJL |
| | ) | |
| vs. | ) | **ORDER TO TRANSPORT** |
| | ) | |
| THOMAS BEAUCLAIR, PHIL FOSTER, DEAN ALLEN, ERIC MACEACHERN, CARL DAVIS, DWAYNE SHEDD, DAVID SARGENT, JOHN HARDISON, DONNA RILEY, JEFF HENRY, ROD SCHLIENZ, MICHAEL JOHNSON, JAY CHRISTENSEN, and Does 1-5, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NOW THEREFORE IT IS HEREBY ORDERED:

A hearing in the case shall be held on **August 23, 2006 at 9:30 a.m. at the U.S. Courthouse in Boise, Idaho.** It shall be necessary for Plaintiff to be transported from IMSI to arrive at the Courthouse **no later than 9:00 a.m.**. Plaintiff shall remain at the Courthouse until such time as his business before the Court has concluded on that day.

**Defendants shall arrange for Plaintiff to bring his legal materials and a lunch to the hearing.**

The following copies of this Order shall also be served:

1. Via facsimile to 424-3727, attn ISCI Shift Commander

2. Via facsimile to 327-7485 attn Kevin Burnett, IDOC

3. Via hand delivery to the U.S. Marshal

DATED: **August 22, 2006**

_____
Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 2**