IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAMON L. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS BEAUCLAIR, PHIL FOSTER, DEAN ALLEN, ERIC MACEACHERN, CARL DAVIS, DWAYNE SHEDD, DAVID SARGENT, JOHN HARDISON, DONNA RILEY, JEFF HENRY, ROD SCHLIENZ, MICHAEL JOHNSON, JAY CHRISTENSEN, and Does 1-5,<br><br>    Defendants. | Case No. CV03-222-C-EJL<br><br>**JUDGMENT** |

Based upon the Court's Memorandum Order, entered herewith, and being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded **$41,965.40** in attorneys' fees from the Defendants'.

DATED: **November 4, 2010**

*Edward J. Lodge* (signature)

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**ORDER  1**